IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEROME R. JOHNSON,

    Petitioner,

v.

NORTHERN DISTRICT
OF ILLINOIS, et al.,

    Respondents.

Case No. 23-CV-03856-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of April 3, 2024 (Doc. 20), this action is **DISMISSED without prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: April 3, 2024**

    MONICA A. STUMP,
    Clerk of Court


    By: *s/ Jackie Muckensturm*
        Deputy Clerk


APPROVED: *s/ Stephen P. McGlynn*
        STEPHEN P. MCGLYNN
        U.S. District Judge